(June 3, 1980)

■ New York State Commissioner of Housing and Community Renewal, Respondent, v Jamie Towers Housing Company, Inc., et al., Appellants, and Fred Malave et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County, entered on August 6, 1979, and modified order and judgment (one paper), entered on January 9, 1980, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Fein, Sullivan and Lynch, JJ.

■ The People of the State of New York, Respondent, v Howard Kelly, Appellant.—Judgment, Supreme Court, New York County, rendered on January 18, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Fein, Sullivan and Lynch, JJ.